IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RONTERIOUS NAPIER,** | : |
| Petitioner, | : |
| v. | : NO. 5:25-cv-00412-MTT-CHW |
| **MATTHEW L. MOULTON,** | : |
| Respondent. | : |

## ORDER

Petitioner Ronterious Napier, a detainee in the Houston County Detention Center in Perry, Georgia, has filed a pro se application for writ of habeas corpus under 28 U.S.C. § 2241. He has also moved the Court to allow him to proceed *in forma pauperis* in this action. Petitioner has not, however, provided the Court with "a certificate from the warden or other appropriate officers of the place of petitioner's confinement showing the amount of money or securities that the petitioner has in any account in the institution." Habeas Corpus R. 3(a)(2). Without this, the Court cannot determine if Petitioner qualifies to proceed without payment of the $5.00 filing fee.

Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to either submit the required $5.00 filing fee or submit the certificate showing the amount of money or securities Petitioner has in any account in the prison. Failure to comply with this Order may result in the dismissal of Petitioner's motion. Additionally, failure to keep the Court informed of any address change may result in dismissal.

The Clerk of Court is **DIRECTED** to forward a copy of this Order and the appropriate *in forma pauperis* forms to Petitioner (with the civil action number on both).

**SO ORDERED**, this 22nd day of October, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1