IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RONTERIOUS NAPIER,                          *

          Petitioner,                    *

v.                                                    Case No. 5:25-cv-00412-MTT-CHW *

MATTHEW L MOULTON,                   *

          Respondent.                   *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated February 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 18th day of February, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk